IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| | : Docket No. 1:23-MJ-00234-ZMF-1 |
| v. | : |
| | : |
| ETHAN MAUCK | : |
| | : |

## NOTICE OF APPEARANCE

    Beatrice F. Diehl, Esq., Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

    Respectfully submitted,

    By: s/ Beatrice F. Diehl

    Beatrice F. Diehl, Esquire
    Florida State Bar No. 0124667
    Federal Public Defender's Office
    210 First Street SW, Room 400
    Roanoke, Virginia  24011
    Ph. (540) 777-0880
    Fax (540) 777-0890

    *Counsel for defendant Ethan Mauck*